UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

THE ANDERSONS, INC., Movant,

v. Misc. Action No. 3:25-mc-04-DJH

SWEAZY FARMS, LLC, Respondent.

* * * * *

# JUDGMENT

Pursuant to Rules 55 and 58 of the Federal Rules of Civil Procedure, and in accordance with the Order entered this date, it is hereby

**ORDERED** and **ADJUDGED** as follows:

(1) The October 9, 2024 arbitration award issued in *The Andersons, Inc. v. Sweazy Farms, LLC*, Case No. 3124, is confirmed.

(2) The Andersons, Inc. is awarded damages in the principal amount of $4,341,033.01; attorney fees in the amount of $55,026.95; and arbitration costs in the amount of $25,000.00, plus interest on the principal amount at the rate of 6% compounded annually from the date of the arbitration award to the date of entry of this Judgment, for a total Judgment amount of $4,832,090.37; and interest on the Judgment amount at the rate of 3.72% compounded annually from the date of entry of this Judgment until paid. *See* 28 U.S.C. § 1961(a)–(b); Ky. Rev. Stat. § 360.040(1); *Gen. Elec. v. Anson Stamping Co.*, 426 F. Supp. 2d 579, 597–98 (W.D. Ky. 2006).

(3) This action is **DISMISSED** with prejudice and **STRICKEN** from the Court's docket.

(4) This is a **FINAL** and **APPEALABLE** Judgment, and there is no just cause for delay.

May 8, 2026

**David J. Hale, Chief Judge**
**United States District Court**

CERTIFIED
JAMES J. VILT JR., CLERK
U.S. DISTRICT COURT
W/D OF KENTUCKY
Date: Jul 14, 2026

# UNITED STATES DISTRICT COURT

for the

Western District of Kentucky

| | | |
|---|---|---|
| The Andersons, Inc., *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:25MC-04-DJH |
| Sweazy Farms, LLC, *Defendant* | ) | |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* 05/08/2026 .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: 07/14/2026

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*